C

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>    v.<br><br>STEVE J. BARTNES;<br>JEANNIE V. BARTNES;<br>MONTANA DEPARTMENT OF<br>REVENUE; and<br>SHERIDAN COUNTY, MONTANA,<br><br>  Defendants. | Civil No. 4:18-cv-00075-BMM<br><br><br><br>**ORDER** |

On April 25, 2019, the United States filed a Motion (ECF No. 10) seeking dismissal of Count III of its Complaint without prejudice and the closure of this case. Having considered the Motion and for good cause showing, IT IS HEREBY ORDERED that the United States' Motion is GRANTED. Count III of the United States' Complaint is dismissed, without prejudice, and the Clerk of Court shall close this case.

IT IS SO ORDERED.


Dated this 25th day of April, 2019.


_____
Brian Morris
United States District Court Judge